AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KERN, TERENCE C. | USDC/NDOK | 5/04/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 333 West 4th Street, Rm 411 <br> Tulsa OK 74103 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Kern_Terence_C 1

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Tulsa Country Club - RESIGNED in December, 2008 - See note Part VIII. | Honorary Membership | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    Oil & Gas Leases: | | | | | | | | | Heading only. |
| 2.    ----L Tuley, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 3.    ----Lash, Murray Co, OK | A | Royalty | J | W | | | | | |
| 4.    ----Crump, Murray Co, OK | A | Royalty | J | W | | | | | |
| 5.    ----Floyd, Garvin Co, OK | D | Royalty | J | W | | | | | |
| 6.    ----Gibson, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 7.    ----Muncrief, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 8.    ----Beers Lite, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 9.    ----Kenneth, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 10.    ----Edna, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 11.    ----Stanton, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 12.    ----Kimball, Major Co, OK | A | Royalty | J | W | | | | | |
| 13.    ---Miller, Major Co, OK | D | Royalty | J | W | | | | | |
| 14.    ----Spark, Bensch, Major Co, OK | A | Royalty | J | W | | | | | |
| 15.    ----BcWk, Logan Co, OK | A | Royalty | J | W | | | | | |
| 16.    ----Royalty Int, Custer Co, OK | A | Royalty | J | W | | | | | |
| 17.    ----Royalty Int, Stephens Co, OK | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #4 | | | | | | | | | Heading only. |
| 19. Xeta Tech | | None | J | T | | | | | |
| 20. Pfizer Inc. (X) | | None | J | T | | | | | Fell below threshold |
| 21. MSDW Inc | A | Interest | L | T | | | | | |
| 22. Active Asset Money Fund | A | Int./Div. | M | T | | | | | |
| 23. Analog Devices Inc (X) | | None | J | T | | | | | Fell below threshold |
| 24. Walgreen Co | A | Dividend | J | T | | | | | |
| 25. Williams Co (X) | | None | J | T | | | | | Fell below threshold |
| 26. Brokerage Acct #7 | | | | | | | | | Heading only. |
| 27. Cimarex Energy | A | Dividend | J | T | | | | | |
| 28. Dow Chemical Co | A | Dividend | J | T | | | | | |
| 29. Helmerich & Payne | A | Dividend | J | T | | | | | |
| 30. Energy Transfer Partners LP | B | Distribution | K | T | | | | | |
| 31. Pfizer Inc. (X) | A | Dividend | J | T | | | | | Fell below threshold |
| 32. Altria Group Inc. | A | Dividend | | | Sold | 4/30 | J | B | Split |
| 33. Gilead Science | | None | K | T | | | | | |
| 34. Coca Cola Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 5/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  United Technologies | A | Dividend | J | T | | | | | |
| 36.  Phillip Morris | A | Dividend | J | T | Spinoff (from line 32) | 3/31 | K | | from Altria split |
| 37.  Brokerage Account #8 | | | | | | | | | Heading only. |
| 38.  BPZ RES Inc Com | | None | J | T | Buy | 10/07 | J | | |
| 39.  BPZ RES Inc Com | | None | J | T | Buy | 10/21 | J | | |
| 40.  Money Fund | A | Int./Div. | K | T | | | | | |
| 41.  Bank of Oklahoma accounts | B | Interest | K | T | | | | | . |
| 42.  F&M Bank account | A | Interest | J | T | | | | | |
| 43.  F&M Bank CD | A | Interest | | | Matured | 8/15 | K | A | |
| 44.  F&M Bank CD | | None | | | Buy | 8/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V.

I tendered my resignation as an honorary member of Tulsa Country Club in compliance with the directive from Congress that prohibits judicial officers from accepting a gift of an honorary club membership with a value of more than $50.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States District Court
### Northern District of Oklahoma
### United States Courthouse
### 333 W. 4th, Room 411
### Tulsa, OK 74103

Terence C. Kern
United States District Judge

(918) 699-4770

June 9, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Amended Report for calendar year 2008 filing

Gentlemen:

Enclosed please find an original and three copies of Judge Kern's Amended Report.

In your letter of June 5, 2009, you referenced part VII, page 6, line 40 - "Money Fund." Line 40 now shows the correct name - **"Federated Capital Reserves."**

Part VII, page 6, line 44, for "F&M Bank CD," now has Column C completed showing a value code of **K**, and value method as **T**.

Thank you for calling this to our attention. We hope this Amended Report now meets your approval.

Sincerely,

Vicki Hendryx
Secretary

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>KERN, TERENCE C. | 2. Court or Organization<br><br>USDC/NDOK | 3. Date of Report<br><br>6/08/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>United States Courthouse<br>333 West 4th Street, Rm 411<br>Tulsa OK 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2009 JUN 15 A 10 31
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 6/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Tulsa Country Club - RESIGNED in December, 2008 - See note Part VIII. | Honorary Membership | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 6/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Oil & Gas Leases: | | | | | | | | | Heading only. |
| 2.   ----L Tuley, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 3.   ----Lash, Murray Co, OK | A | Royalty | J | W | | | | | |
| 4.   ----Crump, Murray Co, OK | A | Royalty | J | W | | | | | |
| 5.   ----Floyd, Garvin Co, OK | D | Royalty | J | W | | | | | |
| 6.   ----Gibson, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 7.   ----Muncrief, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 8.   ----Beers Lite, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 9.   ----Kenneth, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 10.  ----Edna, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 11.  ----Stanton, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 12.  ----Kimball, Major Co, OK | A | Royalty | J | W | | | | | |
| 13.  ----Miller, Major Co, OK | D | Royalty | J | W | | | | | |
| 14.  ----Spark, Bensch, Major Co, OK | A | Royalty | J | W | | | | | |
| 15.  ----BcWk, Logan Co, OK | A | Royalty | J | W | | | | | |
| 16.  ----Royalty Int, Custer Co, OK | A | Royalty | J | W | | | | | |
| 17.  ----Royalty Int, Stephens Co, OK | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 6/08/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #4 | | | | | | | | | Heading only. |
| 19. Xeta Tech | | None | J | T | | | | | |
| 20. Pfizer Inc. (X) | | None | J | T | | | | | Fell below threshold |
| 21. MSDW Inc | A | Interest | L | T | | | | | |
| 22. Active Asset Money Fund | A | Int./Div. | M | T | | | | | |
| 23. Analog Devices Inc (X) | | None | J | T | | | | | Fell below threshold |
| 24. Walgreen Co | A | Dividend | J | T | | | | | |
| 25. Williams Co (X) | | None | J | T | | | | | Fell below threshold |
| 26. Brokerage Acct #7 | | | | | | | | | Heading only. |
| 27. Cimarex Energy | A | Dividend | J | T | | | | | |
| 28. Dow Chemical Co | A | Dividend | J | T | | | | | |
| 29. Helmerich & Payne | A | Dividend | J | T | | | | | |
| 30. Energy Transfer Partners LP | B | Distribution | K | T | | | | | |
| 31. Pfizer Inc. (X) | A | Dividend | J | T | | | | | Fell below threshold |
| 32. Altria Group Inc. | A | Dividend | | | Sold | 4/30 | J | B | Split |
| 33. Gilead Science | | None | K | T | | | | | |
| 34. Coca Cola Co | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 6/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. United Technologies | A | Dividend | J | T | | | | | |
| 36. Phillip Morris | A | Dividend | J | T | Spinoff (from line 32) | 3/31 | K | | from Altria split |
| 37. Brokerage Account #8 | | | | | | | | | Heading only. |
| 38. BPZ RES Inc Com | | None | J | T | Buy | 10/07 | J | | |
| 39. BPZ RES Inc Com | | None | J | T | Buy | 10/21 | J | | |
| 40. Federated Capital Reserves | A | Int./Div. | K | T | | | | | |
| 41. Bank of Oklahoma accounts | B | Interest | K | T | | | | | . |
| 42. F&M Bank account | A | Interest | J | T | | | | | |
| 43. F&M Bank CD | A | Interest | | | Matured | 8/15 | K | A | |
| 44. F&M Bank CD | | None | K | T | Buy | 8/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| KERN, TERENCE C. | - | 6/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V.

I tendered my resignation as an honorary member of Tulsa Country Club in compliance with the directive from Congress that prohibits judicial officers from accepting a gift of an honorary club membership with a value of more than $50.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544